# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **FERRELL WALKER,**<br><br>      Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>      Respondent. | CASE NO. 7:07-CR-30 (HL) |

## ORDER

This case is before the Court on Petitioner's Motion for Return of Property (Doc. 77). Petitioner requests the return of a Dell CPU, serial number 624ZT21. This computer was presumably seized during the search of Petitioner's home conducted in 2005, though it is not clear from the Motion.

The Government is ordered to respond to the Motion for Return of Property on or before February 24, 2012.

**SO ORDERED**, this the 15th day of February, 2012.

                                        *s/ Hugh Lawson*
                                        **HUGH LAWSON, SENIOR JUDGE**

mbh