# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**FERRELL WALKER,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

CASE NO. 7:07-CR-30

## ORDER

The Court has received the Government's response to the show cause order entered on April 3, 2012. The Court accepts the Government's explanation for its failure to file the ordered sur-reply. The Government's sur-reply addressing Petitioner's reply to the Government's response to his Motion for Return of Property is now due on or before **April 6, 2012**.

**SO ORDERED**, this the 4th day of April, 2012.

                        *s/Hugh Lawson*
                        **HUGH LAWSON, SENIOR JUDGE**

mbh